# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Serina Paulina Zendejas**<br>DOB: 1999; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-07207MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 19, 2021, at or near Amado, in the District of Arizona, **Serina Paulina Zendejas** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 19, 2021, at approximately 6:30 p.m., a passenger shuttle van approached the Border Patrol immigration checkpoint located on Interstate 19 (I-19) near Amado, Arizona. The shuttle van was referred to secondary so that an immigration inspection could be conducted on all passengers. In secondary, all passengers, including **Serina Paulina ZENDEJAS**, exited the van and presented themselves to Border Patrol Agents (BPAs) for inspection. ZENDEJAS told BPAs that she did not have any identification because she had lost her passport in Mexico the previous day. After speaking with ZENDEJAS, BPAs entered the shuttle van to perform a search of the seating area and observed what appeared to be a small package wrapped in black tape inside a purse. The purse was located on the seat where BPAs had observed **ZENDEJAS** sitting before she exited the shuttle van. BPAs then asked and were granted consent by **ZENDEJAS** to a search of her purse. BPAs searched her purse and removed the package wrapped in black tape and asked **ZENDEJAS** what it was to which she initially stated she did not know. BPAs again asked **ZENDEJAS** what the package was, and she responded that it was drugs. Further search of **ZENDEJAS'** purse revealed an additional 53 pills which were found in her wallet. A representative sample of the contents of the package and of the pills found in her wallet tested positive for the characteristics of fentanyl. The fentanyl had a total weight of 221.39 grams.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie Sottosanti* JULIE SOTTOSANTI Digitally signed by JULIE SOTTOSANTI Date: 2021.04.20 10:50:18 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br>*/s/ signature/*<br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE<br>*/s/ Jacqueline M. Rateau/* | DATE<br>April 20, 2021 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54